1    Cynthia L. Alexander, Esq. (Nevada Bar No. 6718)
     Michael L. Iosua, Esq. (Nevada Bar No. 11820)
2    SNELL & WILMER L.L.P.
     3883 Howard Hughes Parkway, Suite 1100
3    Las Vegas, NV  89169
     Telephone (702) 784-5200
4    Facsimile  (702) 784-5252
     Email: calexander@swlaw.com
5           miosua@swlaw.com

6    *Attorneys for Defendant Wells Fargo Bank, N.A.*

7

8                   IN THE UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10   MARIE KRAMER, an individual,

11                    Plaintiff,                 No: 2:11-cv-00710-PMP-PAL

12   vs.

13   WELLS FARGO BANK, N.A.; HSBC             **ORDER TO DISMISS CASE WITH**
     BANK USA NATIONAL ASSN;                 **PREJUDICE AND RELEASE LIS**
14   NATIONAL DEFAULT SERVICING              **PENDENS**
     CORP.; UNITED TITLE OF NEVADA;
15   And JOHN DOES 1 through 100,

16                    Defendants.

17

18          THE COURT, having considered the pleadings and papers on file herein, and Defendant

19   *Wells Fargo Bank, N.A.'s Motion to Dismiss and for Release of Lis Pendens* [Docket No. 5]

20   having come before this Court, and having heard oral argument from the parties and good cause

21   appearing:

22          IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss

23   and for Release of Lis Pendens is granted. The case is dismissed with prejudice.

24   / / /

25   / / /

26   / / /

27

28

     13389631

1    IT IS FURTHER ORDERED that the Notice of Lis Pendens recorded by Plaintiff against

2 the real property described as 7301 Bataan Street, Las Vegas, NV 89145, APN: 138-34-212-025

3 as book and instrument number 20110506-0004191 is hereby expunged and released in full.

4    Dated __ July 18, 2011.

5

6    _____
     DISTRICT COURT JUDGE

7 Submitted by:

8 SNELL & WILMER L.L.P.

9

10 By: _____
    Cynthia L. Alexander, Esq.
11 Nevada Bar No. 6718
    Michael L. Iosua, Esq.
12 Nevada Bar No. 11820
    3883 Howard Hughes Parkway, Suite 1100
13 Las Vegas, NV 89169
    Telephone: 702.784.5200
14 Facsimile: 702.784.5252
    calexander@swlaw.com
15 miosua@swlaw.com

16 *Attorneys for Defendant Wells Fargo Bank, N.A.*

17

18

19

20

21

22

23

24

25

26

27

28

13389631

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200